# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Frances Pearl Walker** DOB: 1991; United States<br>**Yael Aca Rosales** DOB: 2005; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-13128MJ |

Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 16, 2025, in the District of Arizona, **Frances Pearl Walker** and **Yael Aca Rosales,** named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Miguel Cristobal-Sosa and Jesus Manuel Montoya-Ramirez, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 16, 2025, in the District of Arizona (Three Points), Border Patrol Agents (BPAs) were monitoring traffic on Federal Route (FR) 19 near the village of Topowa on the Tohono O'odham Nation (TON). The TON is restricted to the regular public and BPAs are familiar with local vehicles and individuals in the area. At approximately 9:20 a.m., BPAs observed a red 2025 Honda Civic travelling south on FR 19. The Civic was not common to the area and BPAs began to follow it. The driver of the Civic began to slow down as soon as BPAs pulled behind the vehicle near mile marker 18. BPAs passed the Civic near mile marker 17 but maintained a visual of the vehicle through their rearview mirrors as it continued to slow down. As BPAs turned back north, they observed the Civic pull off the roadway into a brushy area north of mile marker 17 and then turn north. It is common for illegal aliens to stage in the brush along FR 19 while waiting for a vehicle to retrieve them. Record checks on the Civic returned out of Casa Grande, Arizona which is a common area used by smuggling organizations to recruit load drivers. BPAs initiated a vehicle stop on the Civic at approximately 9:30 a.m. near mile marker 22, but the Civic failed to yield. After pursuing the Civic for approximately one mile, the vehicle pulled to the side of the road where BPAs observed two individuals exit through the back doors and flee east on foot. The Civic reentered the roadway and continued north while BPAs continued to pursue the vehicle. BPAs pursued the Civic for a short time until terminating the pursuit near mile marker 25. At approximately 9:40 a.m., BPAs in an unmarked vehicle observed the Civic travelling east on State Route (SR) 86 near mile marker 120. BPAs in a marked vehicle responded to the area and initiated another vehicle stop on the Civic at approximately 10:02 a.m. and the driver again failed to yield. The pursuit was terminated near mile marker 147 on SR 86 and BPAs alerted local law enforcement about the Civic. At approximately 11:00 a.m., BPAs were notified that Department of Public Safety (DPS) had stopped the Civic on Interstate 10 near mile marker 217 for not displaying a valid registration. BPAs responded to the area and took the driver, identified as **Yael Aca Rosales**, into custody.

**Continued on next page.**

| MATERIAL WITNESS IN RELATION TO THE CHARGE: Miguel Cristobal-Sosa and Jesus Manuel Montoya-Ramirez ||
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT |
| | OFFICIAL TITLE<br>Jeremy Sykes<br>Border Patrol Agent |
| Sworn by telephone  x ||
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Lynnette C. Kimmins*<br>[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54 | DATE<br>December 17, 2025 |

Reviewing AUSA: Chamblee

**Continued from front page.**

At approximately 1:15 p.m., BPAs working at the SR 86 checkpoint noticed a red Ford Focus approaching the primary inspection area. The Focus matched the description of a vehicle that was suspected of smuggling in the area. As the Focus approached, BPAs noticed a nervous driver and two males in the back seat who were slouched down and avoiding eye contact. The front passenger seat was empty which is a common tactic seen in smuggling events. One rear passenger was looking at their phone and the other was pretending to be asleep and kept briefly opening one eye. A BPA K9 unit alerted to the Focus and the vehicle was sent to secondary for further inspection. In secondary, BPAs questioned the driver, identified as **Frances Pearl Walker**, as to her citizenship and she stated that she was a United States citizen. Walker then stated that she did not know the back seat passengers and that she was just giving them a ride. An immigration inspection was performed on the back seat passengers, identified as Miguel Cristobal-Sosa and Jesus Manuel Montoya-Ramirez, and BPAs determined them to be citizens of Mexico illegally present in the United States. Record checks revealed that Miguel Cristobal-Sosa and Jesus Manuel Montoya-Ramirez do not possess the proper documentation to enter, pass through, or remain in the United States legally. Through interviews at the station, BPAs determined that Miguel Cristobal-Sosa and Jesus Manuel Montoya-Ramirez were the two individuals that fled from **Rosales'** Civic earlier in the day.

Material witness Miguel Cristobal-Sosa stated that he is a citizen of Mexico and that he was charged $12,000 to be smuggled into the United States. He crossed the border with one other individual in an area where there was no border wall, and he was guided by cell phones that were given to him and the other individual by the guides. While walking, the other individual fell and broke his cell phone, so Cristobal-Sosa gave him the cell phone that was given to him. They arrived at the pickup location and were given updates about the load vehicle's location and told that it would honk when it arrived. A picture of the load vehicle was also sent. When the vehicle arrived, it honked, and they entered and laid down in the backseat. The driver instructed them to take off their camouflage clothing. After driving for a few minutes, they were chased by Border Patrol. The driver was on the phone and received instructions to stop and let Cristobal-Sosa and the other individual out of the vehicle and for the driver to try and get away. Cristobal-Sosa described the driver as a young man. After running from the car and hiding, Cristobal-Sosa contacted the smuggler and arranged for another vehicle to pick them up. He was told that another red car would pick them up and that he would have to wave the vehicle down. As the vehicle approached, he waved it down and the driver stopped before he and the other individual entered and laid down in the back seat. After driving for approximately 20 minutes, the driver told them that it was okay to sit up. They then drove towards the Border Patrol checkpoint where he was stopped and arrested. The smuggler told him that getting past the checkpoint depended on luck and that sometimes the agents will just wave you through.

Material witness Jesus Manuel Montoya-Ramirez stated that he is a citizen of Mexico and that he was charged $10,000 to be smuggled into the United States. He met with two guides in Mexico before crossing the border with one other individual in an area where there was no border wall. He was guided through the desert by cell phone for approximately 12 hours before reaching a road. He was told that he would be picked up at that location by a red vehicle driven by a female and that the vehicle would honk to signal to him. A red Toyota with a female driver arrived where he was waiting, and the driver honked the horn. He entered the vehicle and laid down in the back seat. The driver told him to sit up on the seat and they drove for approximately 20 minutes before being stopped and arrested at the checkpoint. Montoya-Ramirez described the driver as a black female with straight hair and stated that the phone he had belonged to the other individual and was given to him by the smugglers. In a subsequent interview, Montoya-Ramirez was questioned about the event that occurred earlier in the day, and he stated that at approximately 10:00 a.m., a red vehicle approached his location and honked. He and the other individual entered the vehicle, and the driver told them to duck down and take off their camouflage clothing. Once inside the vehicle, they were being followed by Border Patrol and the driver told them to run out of the car. Montoya-Ramirez stated that he did as he was told, and the driver then took off and continued driving. They then contacted the smuggler and arranged for another load vehicle. The other load vehicle was the red car driven by the female that they were arrested in at the Border Patrol checkpoint. Montoya-Ramirez was able to identify **Yael Aca Rosales** through a photo lineup as the driver from the earlier smuggling event where he fled from the vehicle.

**Continued on next page.**

**Continued from previous page.**

After waiving his *Miranda* rights, **Yael Aca Rosales** stated that he travelled from Casa Grande, Arizona to smuggle two undocumented noncitizens. He admitted that he was involved in prior smuggling events where he worked with smuggling coordinators on WhatsApp. He previously successfully transported two undocumented noncitizens to Phoenix, Arizona for a payment of $2,500. The coordinator sent him a ping location where the individuals would be, and he was instructed to honk the horn upon arrival. He was going to be paid $1,200 per individual. He saw a Border Patrol vehicle ahead of him while travelling to the pick-up location before slowing down, making a U-turn, and honking his horn. Two individuals then ran from the brush and entered his vehicle. He observed the Border Patrol vehicle turn around and initiate a traffic stop so he pulled over and the two individuals fled from his vehicle without instruction. He then fled the area and was pursued by Border Patrol for approximately five to eight minutes before he was able to evade them. **Rosales** stated that he fled form Border Patrol again after passing the checkpoint and acknowledged driving at speeds up to 90 miles per hour to evade apprehension. He eventually stopped when he was pulled over by State Troopers because he was afraid of being pursued by State Troopers but not by Border Patrol.

After waiving her *Miranda* rights, **Frances Pearl Walker** stated that she lives in Phoenix, Arizona and that she was driving a rental vehicle during the smuggling event. She has been renting the vehicle since November. After dropping her daughter off at school, she made a luggage delivery from the UPS app at a casino near Valencia in Tucson. She was then contacted by a "third party" and asked if she wanted to make extra cash. The "third party" asked her if she was in Tucson to pick up subjects for $50. She needed the money so the "third party" sent her a location to a gas station on SR 86 after the Border Patrol checkpoint. She was told another pin drop would be sent for the pick-up location of the individuals. She was unsure of the exact location and thought she was still in Tucson. When she arrived at the location, the individuals were walking and jumped in front of her car and motioned to her they were willing to pay. The two individuals spoke to her in Spanish and were wearing regular clothes. The individuals asked her for water and sat in silence. She then drove to the Border Patrol checkpoint on SR 86 and was told to go to secondary.